NOTE: This order is nonprecedential.

# United States Court of Appeals for the Federal Circuit

2009-1245
(Interference No. 105,526)

EYAL RAZ,

Appellant,

v.

ARTHUR M. KRIEG and JOEL KLINE,

Appellees.

Appeal from the United States Patent and Trademark Office,
Board of Patent Appeals and Interferences.

ON MOTION

ORDER

Upon consideration of the appellant's motion to withdraw this appeal,

IT IS ORDERED THAT:

(1) The motion is granted. The appeal is dismissed.

(2) Each side shall bear its own costs.

FOR THE COURT

JUN - 3 2009
Date

/s/ Jan Horbaly
Jan Horbaly
Clerk

cc: Oliver R. Ashe, Jr., Esq.
Lawrence M. Green, Esq.
s8

JUN - 3 2009

ISSUED AS A MANDATE: _____

FILED
U.S. COURT OF APPEALS FOR
THE FEDERAL CIRCUIT

JUN 03 2009

JAN HORBALY
CLERK